THE PEOPLE OF THE STATE OF NEW YORK *against* HART ABRAHAMS (principal) AND JULIUS FIEGEL (surety).

(Decided June 29th, 1875.)

Where, after a recognizance to the People of the State for the appearance of a prisoner to stand his trial had been forfeited, the prisoner was arrested on a bench warrant and entered into another recognizance with the same surety, and when he was brought up for trial, the complainant, in open court, abandoned the prosecution, and by the consent of the district attorney the prisoner was dis-

Doremus v. The Mayor, Aldermen and Commonalty of the City of New York.

charged, and it did not appear that the prosecution was prejudiced by the delay caused by the prisoner's default: *Held,* that it was a proper case to vacate the judgment entered on the forfeited recognizance.

APPLICATION to discharge judgment on forfeited recognizance.

JOSEPH F. DALY, J.—After the forfeiture of the bail, the prisoner Abrahams was rearrested on a bench warrant, and a new recognizance for his appearance was entered into by the same surety, Julius Fiegel. The prisoner was subsequently brought up for trial, when the complainant abandoned the prosecution in open court, and by consent of the district attorney the prisoner was discharged.

It not appearing that the prosecution was prejudiced by the delay of three months caused by the prisoner's default, under the circumstances I am in favor of granting the application.

CHARLES P. DALY, Ch. J., and ROBINSON, J., concurred.

Application granted.